CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 20 2016

JULIA C. DUDLEY, CLERK
BY: HMcDonad
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANIEL N. HALTER, )<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>NORTHWESTERN REGIONAL )<br>JAIL AUTHORIY, et al, )<br>Defendant(s). ) | Civil Action No. 7:16-cv-00331<br><br>**MEMORANDUM OPINION**<br><br>By:   Jackson L. Kiser<br>       Senior United States District Judge |

Daniel N. Halter, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered September, 2016, the court directed plaintiff to submit within 20 days from the date of the Order to pay the $400.00 filing fee in full or otherwise respond because it had come to the attention of the court that plaintiff had been released from incarceration and plaintiff no longer is subject to the provisions of the Prisoner Litigation Reform Act. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 20th day of October, 2016.

                                            /s/ Jackson L. Kiser
                                            Senior United States District Judge